MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00106 |
| | ) | JUDGE CAMPBELL |
| JOSEPH S. NICHOLS | ) | |

## ORDER

Pending before the Court is the Defendant's Motion For Extension Of Time To File Pretrial Motions (Docket No. 16). The Motion is GRANTED, as follows: Defendant shall have until August 2, 2013 in which to file pretrial motions.

It is so ORDERED.

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE